RECEIVED
USDC, CLERK CHARLESTON, SC
2011 OCT 17 A 10: 15

4th Circuit US District Court for South Carolina

| | |
|---|---|
| Robert McDaniel Cox, | Case No.: 2:11-CV-2813-DCN-BM |
| Plaintiff, | Civil Right Violations |
| vs. | |
| William J. Wylie, Jr., Defendant | |

## Notice to Court and ALL judicial Officers

- JURY TRIAL REQUIRED

- As required by Amendment VII, this complaint is to to be heard wholly, solely, entirely and without edit by a jury. This requirement is supported by Article IV, Section 2, Paragraph 1; Article IV Section 4; Article VI, Paragraphs 2 and 3; Amendment I; Amendment IX; Amendment X and Amendment XIV, Section 1 of the Constitution of United States. Plaintiff reminds the judges, magistrates, clerks and other officers who are now or who may become involved in this case that they are obligated to move this complaint to a jury trial without delay and that no Federal Law, Rule of Procedure, Precedent, Judicial Tradition, Personal Preference or any other tool, including pretrial hearing, pretrial motion, judicial review, case law, precedent, summary judgment, etc. may be used by them to interfere with this right and that if they choose to interfere with this right that they do so without the authority, support or protection of the Constitution of the United States, which is the Supreme Law of the Land, as clearly stated in Article VI.

Violations of protected Constitutional Rights - 1

- COMPLAINT

- With respect to Defendant's involvement in Dorchester County Family Court Docket #08DR1800198 10, Defendant ignored the duties, obligations and responsibilities, as well as the restrictions, limitations and prohibitions, placed upon Defendant by specific Articles, Amendments and Clauses of the Constitution of the United States. Defendant's willful ignorance resulted in multiple violations of rights guaranteed to Plaintiff, which are clearly and specifically enumerated in the Constitution of the United Stated. Plaintiff seeks redress for the following Causes of Action:

- Causes of Action

  1. Violation of Constitutionally required Oath of Office- Article VI of the Constitution of the United States **binds** all judges and judicial officers, including all of the Defendants, to recognize and support the Constitution of the United States as the supreme Law of the Land. The actions of the Defendant with respect to Defendant's involvement in Dorchester County Family Court Docket #08DR1800198 10 violates this requirement.

  2. Violation of Constitutionally required procedure - Amendment V clearly and specifically states that "No person shall...be deprived of life, liberty, or property, without due process of law;..." and Article III clearly and specifically states that "due process" for "The Trial of all Crimes...shall be by Jury;..." The actions of the Defendant with respect to Defendant's involvement in Dorchester County Family Court Docket #08DR1800198 10 violates these requirements.

Relief

1. Plaintiff asks that the jury require Defendant to make direct reparations to Plaintiff for all Plaintiff's injuries suffered in the aforementioned causes both direct and indirect, emotional and physical, actual and hypothetical, permanent and temporary that have resulted from Defendants actions, in the amount of $50,000,000(Fifty Million Dollars).

2. Plaintiff asks that the jury require Defendants to pay punitive damages to Plaintiff for all Plaintiff's injuries suffered in the aforementioned causes both direct and indirect, emotional and physical, actual and hypothetical, permanent and temporary that have resulted from Defendants actions, in an amount not less than $75,000,000(Seventy-five Million Dollars).

Submitted by:

*[signature]*

Robert McDaniel Cox

PO Box 733

Summerville, SC 29484

Dated this 17th day of October, 2011